

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Rafael Mata and Rafael Felix Mata,     * From the 266th District Court
                                         of Erath County,
                                         Trial Court No. CV36750.

Vs. No. 11-22-00118-CV                  * September 12, 2024

Jose Velazquez, Sr.,                    * Memorandum Opinion by Bailey, C.J.
                                         (Panel consists of: Bailey, C.J.,
                                         Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against Jose Velazquez, Sr.